In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-502 CR


____________________



ROOSEVELT ALLEN A/K/A ROOSEVELT ALLEN, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 07-00816






MEMORANDUM OPINION



 On September 10, 2007, the trial court sentenced Roosevelt Allen a/k/a Roosevelt
Allen, Jr. on a conviction for possession of a controlled substance with sequenced prior
felony convictions. Allen filed a notice of appeal on October 1, 2007. The trial court entered
a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The
district clerk has provided the trial court's certification to the Court of Appeals.

 On October 10, 2007, we notified the parties that we would dismiss the appeal unless
the trial court filed an amended certification within thirty days of the date of the notice and
made it a part of the appellate record. See Tex. R. App. P. 37.1. The trial court has not
supplemented the record with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 


 

 STEVE McKEITHEN

 Chief Justice

 


Opinion Delivered November 28, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.